**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. SI4:06CR766SNL/MLM** |
| | ) | |
| **TIMOTHY WHALEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Having received no objections by the defendant, Timothy Whaley,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Mary Ann L. Medler's

Report and Recommendation (#52), filed June 27, 2007 is **SUSTAINED, ADOPTED** and

**INCORPORATED** herein.

**IT IS FINALLY ORDERED** that defendant's motion to suppress physical evidence (#49)

be and is **DENIED.**

Dated this   16th   day of July, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE